# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BENSON O'BRIEN, III

NO. 2020 KW 0074

MAR 1 3 2020 ,

---

In Re: State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 521288.

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**

**McDonald, J.,** dissents and would grant the writ. See **State v. Gage,** 2010-0237 (La. App. 1st Cir. 10/29/10), 2010 WL 4273080, at *4 (unpublished).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT